UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRISTOPHER B. TOBE, et al.,                                                    Plaintiffs,

v.                                                                                    Civil Action No. 3:15-cv-676-DJH

NATIONSTAR MORTGAGE, LLC,                                                Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 15), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order.  The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.